AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOODLOCK, DOUGLAS P. | DISTRICT OF MASSACHUSETTS | 01/30/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U. S. DISTRICT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
Suite 4110, 1 Courthouse Way
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Trustee | Trust No. 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 01/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WOODLOCK, DOUGLAS P.** | 01/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 01/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Growth Company [FGDRX] | E | Dividend | O | T | | | | | |
| 2. Vanguard Prime (money market)[VMMXX] | C | Dividend | N | T | | | | | |
| 3. Vanguard Mid-Cap Index [VIMAX] | C | Dividend | O | T | | | | | |
| 4. Vanguard Value Index [VVIAX] | C | Dividend | M | T | | | | | |
| 5. Vanguard 500 Index [VFIAX] | C | Dividend | M | T | | | | | |
| 6. Vanguard Intermediate Term Bond Index [VBILX] | D | Dividend | N | T | | | | | |
| 7. Vanguard Short Term Bond Index [VBIRX] | D | Dividend | N | T | | | | | |
| 8. Vanguard Treasury (money market) [VUSXX] | A | Dividend | J | T | | | | | |
| 9. Sequoia [SEQUX] | E | Dividend | N | T | | | | | |
| 10. T. Rowe Price Value [TRVLX] | D | Dividend | N | T | | | | | |
| 11. Vanguard Small-Cap Index [VSMAX] | C | Dividend | M | T | | | | | |
| 12. Vanguard Extended Market Index [VEXAX] | C | Dividend | M | T | | | | | |
| 13. Vanguard Total Int'l Stock Index[VTIAX] | D | Dividend | N | T | | | | | |
| 14. Vanguard Total Stock Index [VTSAX](X) | D | Dividend | N | T | | | | | |
| 15. Fidelity Spartan 500 Index [FUSVX] | D | Dividend | M | T | | | | | |
| 16. Fidelity Spartan Extended Market [FSEVX] | C | Dividend | N | T | | | | | |
| 17. Fidelity Spartan In'tl Index [FSIVX] | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America accounts | A | Interest | N | T | | | | | |
| 19. Fidelity Mass. Muni. (money market) [FDMXX] | D | Dividend | P1 | T | Redeemed (part) | 12/22/17 | K | A | |
| 20. | | | | | Redeemed (part) | 12/01/17 | L | A | |
| 21. | | | | | Redeemed (part) | 11/21/17 | L | A | |
| 22. Vanguard Dividend Appreciation Index [VDADX] | D | Dividend | N | T | Sold (part) | 12/15/17 | K | B | |
| 23. Fidelity Spartan Total Market Index [FSTVX] | D | Dividend | N | T | | | | | |
| 24. iShares USA Minivolatility ETF [USMV] | D | Dividend | N | T | | | | | |
| 25. Settlement shares [x] | A | Distribution | | | Distributed | 11/03/17 | J | | |
| 26. Fidelity Government (money market) [SPAXX] | A | Dividend | M | T | Distributed (part) | 09/08/17 | K | A | |
| 27. Vanguard Federal (money market) VMFFX | A | Dividend | K | T | | | | | |
| 28. Country Club social membership [x] | B | Distribution | | | Distributed | 08/24/17 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 01/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I and Part VII:

All assets of Trust No. 1 and Trust No. 2, identified in Part I, are listed individually in Part VII.

Part VII, Line 25: This entry reflects shares in settlement distributions to a decedent's estate allocated to a person whose financial transactions are subject to this report.

Part VII, Line 26: This entry reflects assets reported on a consolidated basis for settlement funds in several Fidelity accounts held by persons whose financial transactions are subject to this report. One such account was also used in 2017 as the vehicle to receive funds as a Rollover IRA for the complete withdrawal from a Thrift Savings Plan account,.

Part VII, Line 28: This entry reflects the portion of the repurchase amount for a Florida country club social membership belatedly distributed to the several beneficiaries of a decedent's estate and thereafter allocated to a person whose financial transactions are subject to this report and who was one of those beneficiaries.

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 01/30/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOUGLAS P. WOODLOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544